IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNNE THOMSPON, ) | |
| ) | Civil Action No. 12-958 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Judge Arthur J. Schwab/ |
| TODD J. HOLLIS ) | Magistrate Judge Maureen P. Kelly |
| ) | |
| Defendant. ) | |

## **MEMORANDUM ORDER**

The above-captioned prisoner civil rights complaint was received by the Clerk of Court on July 11, 2012, and was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation, ECF No. [3], filed on August 24, 2012, recommended that Plaintiff's IFP application be denied because she has three strikes and that she be made to pay the filing by a date certain and further, if she fails to do so, her complaint should be dismissed for failure to prosecute. Service was made on the Plaintiff at her address of record. Plaintiff was given until September 10, 2012 by which to file objections. Plaintiff did not file any objections.

Hence, the following order is entered.

**AND NOW**, this 14th day of September 2012, after de novo review of the Report and the record in this case,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed IFP is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff pay the entire filing fee by September 24, 2012. Failure to pay the entire filing fee by September 24, 2012 will result in the Court, without further warning, entering an order dismissing the case with prejudice for failure to prosecute.

**IT IS FURTHER ORDERED** the Report and Recommendation, ECF No. [3], filed on August 24, 2012 by Magistrate Judge Kelly, is adopted as the opinion of the court.

                                              s/ Arthur J. Schwab
                                              Arthur J. Schwab
                                              United States District Judge

cc:    Maureen P. Kelly
        United States Magistrate Judge

        LYNNE THOMPSON
        OT 0636
        SCI Muncy
        P.O. Box 180
        Muncy, PA 17756